## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 213 MAL 2018

       Respondent    :

     :    Petition for Allowance of Appeal from

     :    the Order of the Superior Court

       v.    :

     :

     :

MICHAEL RAKEEM SPENCER,    :

     :

       Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 20th day of August, 2018, the Petition for Allowance of Appeal is **DENIED**.